■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEVZET AHMEMULIC, Appellant. [60 NYS3d 811]—Judgment, Supreme Court, New York County (Cassandra M. Mullen, J.), rendered May 15, 2012, convicting defendant, after a jury trial, of forcible touching, and sentencing him to a term of six years' probation, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson,* 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations, including its evaluation of alleged inconsistencies in testimony and motives to falsify.

Defendant's challenge to the jury charge on the ground of

duplicitousness is unpreserved (*see People v Becoats*, 17 NY3d 643, 650-651 [2011], *cert denied* 566 US 964 [2012]), and we decline to review it in the interest of justice. As an alternative holding, we find no basis for reversal. Concur—Sweeny, J.P., Moskowitz, Kahn and Gesmer, JJ.